**No. D-2567. In the Matter of Disbarment of Sigmund Victor Mazur.**

563 U.S. 1031, 131 S. Ct. 2986, 180 L. Ed. 2d 266, 2011 U.S. LEXIS 4286.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 817, 131 S. Ct. 410, 178 L. Ed. 2d 274, 2010 U.S. LEXIS 7635.